

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**NOV 21 2005**

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | No. 3:05CV00028 WRW | |
| TINA M. LOWE, a single person; BANK OF PARAGOULD; and DR. HUGH DICKINSON | | DEFENDANTS |

### ORDER APPROVING MARSHAL'S DEED

On this day Ray E. Carnahan, United States Marshal for the Eastern District of Arkansas, produces to the Court his deed to **SUNBURST, INC.**, the purchaser of the real property described in said deed, and upon examination of said deed, the same is, in all things, approved. A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said Ray E. Carnahan acknowledges that he has executed said deed to the purchaser for the consideration and purposes therein mentioned and set forth; and it is ORDERED by the Court that a copy of this order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

DATED:

11/16/05

_____
UNITED STATES DISTRICT JUDGE

## MARSHAL'S DEED

WHEREAS, in a certain Civil Action No. 3:05CV00028 WRW pending in the United States District Court for the Eastern District of Arkansas, Jonesboro Division, wherein UNITED STATES OF AMERICA was plaintiff and Tina M. Lowe, a single person; Bank of Paragould; and Dr. Hugh Dickinson, were defendants, a judgment was entered on June 1, 2005, directing the foreclosure of a certain mortgage executed by Tina M. Lowe to the United States of America, and ordering a sale of the property encumbered by said mortgage; and

WHEREAS, the undersigned Ray E. Carnahan, United States Marshal for the Eastern District of Arkansas, duly conducted the sale authorized and directed in said judgment, which sale was held at public auction on September 21, 2005, after advertisement for the time and in the manner prescribed in said judgment, and in all respects in accordance with the directions contained therein; and

WHEREAS, at said sale Donald Tuggle was the highest and best bidder, bidding for said property the sum of $24,700.00, the property then being struck off to **SUNBURST, INC.**; and

WHEREAS, such sale was duly reported to the above Court;

NOW, THEREFORE, with the approval of and by direction of such Court, for the considerations aforesaid, and in order to carry into effect the sale conducted as aforesaid, the undersigned United States Marshal hereby grants, sells and conveys unto **SUNBURST, INC.**, and its successors and assigns forever, all of the right, title, interest, equity and estate of plaintiff, U.S. Department of Agriculture, Rural Development, and all defendants to this action in and to the following property situated in Greene County, Arkansas, to wit:

That part of the Southeast Quarter of the Southwest Quarter of Section 31, Township 17 North, Range 5 East, described as follows: Beginning at the Southeast corner of said tract, run thence North 806 feet to the true point of beginning, run thence North 160.0 feet, run thence North 88 degrees 32 minutes West 212.4 feet to the East line of Greene 748 Road, run thence South along said East line 160.0 feet, run thence South 88 degrees 32 minutes East 212.4 feet to the true point of beginning, containing 0.78 acres, more or less. (Property Location: 95 Greene Road 748, Paragould, AR).

TO HAVE AND TO HOLD the said property unto SUNBURST, INC. and its successors and assigns forever, with all appurtenances thereunto belonging.

IN WITNESS WHEREOF, I have hereunto set my hand on this 11th day of October, 2005.

/s/ RAY E. CARNAHAN
United States Marshal

PREPARED BY:
Fletcher Jackson
Assistant United States Attorney
Post Office Box 1229
Little Rock, AR 72203
(501) 340-2600

## ACKNOWLEDGMENT

STATE OF ARKANSAS )
)
COUNTY OF PULASKI )

BE IT REMEMBERED on this day appeared before the undersigned Notary Public, duly qualified, commissioned and acting within and for the County and State aforesaid, Brian Murray for Ray E. Carnahan, United States Marshal for the Eastern District of Arkansas, who stated and acknowledged (according to § 16-47-207) to me that, pursuant to the judgment entered by the United States District Court for the Eastern District of Arkansas in the proceedings referred to therein, he had so signed and executed the foregoing Marshal's Deed for consideration, uses and purposes therein mentioned and set forth.

IN TESTIMONY WHEREOF, I have hereunto this 11th day of October, 2005, set my hand and official seal as such Notary Public.

_____
Notary Public

My Commission Expires:

