FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 21 2005

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

UNITED STATES OF AMERICA                                PLAINTIFF

v.                          No. 3:05CV00028 WRW

TINA M. LOWE, a single
person; BANK OF PARAGOULD;
and DR. HUGH DICKINSON                                  DEFENDANTS

## ORDER OF DISTRIBUTION

On September 21, 2005, at 9:00 a.m., at the front entrance of the Greene County Courthouse, Paragould, Arkansas, the U.S. Marshal offered for sale the lands described in the judgment entered on June 1, 2005. At such sale, Donald Tuggle was the highest and best bidder for the property, and the property was then sold to **SUNBURST, INC.**.

On October 3, 2005, the U.S. Marshal received Check No. 2352 for **$24,748.72** from Donald Tuggle for payment in full. In accordance with the terms of the judgment, it is hereby ORDERED that the U.S. Marshal transfer the above-mentioned funds to the U.S. Department of Agriculture, Rural Development, 3416 Federal Building, 700 West Capitol, Little Rock, AR 72201, and notify Gwendolyn D. Hodge, Assistant United States Attorney, by sending copy of same.

DATED: 11/16/05

_____
UNITED STATES DISTRICT JUDGE